Entered on Docket July 29, 2025

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

Form odsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 25–11880–TWD
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Roger Bryant Olsson
6130 Bayview Dr
Mukilteo, WA 98275

Social Security / Individual Taxpayer ID No.:
xxx–xx–2136

Employer Tax ID / Other nos.:

### ORDER DISMISSING CASE

This matter having come before the Court and based on a review of the records and files herein, it is

ORDERED that this case is dismissed due to:

☐ The debtor's failure to file required schedules.
☐ The debtor's failure to pay the filing fee.
☐ The debtor's failure to attend the meeting of creditors.
☐ The debtor's failure to comply with a show cause order.
☑ The debtor's failure to meet minimum filing requirements.
☑ Other: **Creditor list in format required by the court**

Any unpaid fees remain due and owing to the Clerk of the Bankruptcy Court.

///End of Order///